UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**VIKI GENTILMAN**,

    Plaintiff,

v.    CASE NO.  3:02-cv-337-J-25TEM

**JO ANNE B. BARNHART**,
Commissioner of the
Social Security Administration,

    Defendant.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 25) recommending that the decision of the Commissioner be affirmed.  All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections.  No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted.  Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 25) is adopted and incorporated by reference in this Order.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 23 day of January, 2006.

```
                                    HENRY LEE ADAMS, JR.
                                    UNITED STATES DISTRICT JUDGE
```

Copies to:    Counsel of Record